# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PAUL FLOYD, | Civil No. 09-1899 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| UNITED COLLECTION BUREAU, INC. AND JANE DOE, | |
| Defendants. | |

___

Christopher Wheaton, **WHEATON LAW GROUP, PLLC,** 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Michael Klutho, Christopher Morris and Kelly Putney, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant United Collection Bureau, Inc.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed January 18, 2010 [Docket No. 17].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: January 19, 2010
at Minneapolis, Minnesota.

                                              s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                            United States District Judge